```
              IN THE UNITED STATES DISTRICT COURT
                    DISTRICT OF NEBRASKA
```

JEROME WISE                                              PLAINTIFF

       v.       Civil No. 04-528-JLH-DLP

LEONARD W. SHEFREN and SHEFREN
LAW OFFICES, P.C., L.L.O                                DEFENDANTS

## O R D E R

Now on this 5th day of July, 2005, comes on for consideration defendants' **Motion For Leave To File Motion For Summary Judgment Out Of Time** (document #50), and plaintiff's response thereto, and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **denied.**

**IT IS SO ORDERED.**

                                               **s/ JIMM LARRY HENDREN**
                                             **JIMM LARRY HENDREN**
                                             **UNITED STATES DISTRICT JUDGE**